STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. HARRY SUCKOW ET AL., PLAINTIFFS IN ERROR.

Submitted February 11, 1938—Decided April 29, 1938.

For the plaintiffs in error, *Ward Kremer.*

For the defendant in error, *T. Raymond Bazley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

